**The below described is SIGNED.**

**Dated: May 08, 2008**          _____
                                  **GLEN E. CLARK**
                                  **U.S. Bankruptcy Judge**



_____

*Prepared and Submitted by:*
Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**1 ON 1 LEGAL SERVICES, P.L.L.C.**
307 West 200 South, Suite 3004
Salt Lake City, UT 84101
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
  *Attorneys for the Debtor*

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In Re:  ACCU-SYSTEMS, INC.<br>         1810 West 5000 South<br>         Salt Lake City, UT  84118<br><br>Debtor. | Bankruptcy No. 06C-24561<br>Chapter 11<br><br>FILED ELECTRONICALLY<br>Chief Judge Glen E. Clark |
|---|---|

ORDER CONFIRMING THE DEBTOR'S PLAN

The Debtor's Plan of Reorganization Dated March 18, 2008, filed by the debtor and debtor in possession, Accu-Systems, Inc. (the "Debtor") and transmitted to creditors and all other parties in interest came on for hearing before the Honorable Chief Judge Glen E. Clark on May 7, 2008. Andres Diaz of the law firm of 1 On 1 Legal Services, P.L.L.C. appeared as general counsel for the Debtor and all other appearances were noted on the record.  The Court reviewed the record and pleadings on file, heard the arguments and statements of counsel and reviewed the evidence presented to the Court.  The Court being fully advised in the premises made its findings of fact and conclusions of law on the record.  Based upon those findings and conclusions and

**Filed: 05/07/08**

good cause appearing therefor,

    IT IS HEREBY ORDERED THAT:

    1. The Debtor's Plan of Reorganization Dated March 18, 2008 is CONFIRMED.

---------------END OF DOCUMENT--------------



SERVICE LIST

Accu-Systems, Inc.
1810 West 5000 South
Salt Lake City, UT 84118

United States Trustee's Office

Douglas Payne/Fabian & Clendenin

1 On 1 Legal Services, PLLC